**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROBERT DUBOICE,       :   No. 81 MAL 2020
                                  :
          Petitioner       :
                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the
          v.                  :   Commonwealth Court
                                  :
                                  :
PENNSYLVANIA HUMAN RELATIONS   :
COMMISSION,                        :
                                  :
          Respondent      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.